UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 45172
    TINA M WISE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-1762

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/08/2004 and was confirmed 01/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 08/24/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT OF REVENUE | SECURED NOT I | 681.66 | .00 | .00 |
| AFS ASSIGNEE | UNSECURED | NOT FILED | .00 | .00 |
| ALBERTSONS | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| QUICK PAYDAY LOANS | UNSECURED | 460.00 | .00 | 460.00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2580.00 | .00 | 2580.00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1300.48 | .00 | 1300.48 |
| FINGERNUT | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 351.66 | .00 | 351.66 |
| GENEVA ROTH VENTURES | UNSECURED | NOT FILED | .00 | .00 |
| HCS | UNSECURED | NOT FILED | .00 | .00 |
| HYDE PARK REALTY COP | UNSECURED | NOT FILED | .00 | .00 |
| JRS I INC | UNSECURED | 2448.31 | .00 | 2448.31 |
| JRS-I INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES | UNSECURED | NOT FILED | .00 | .00 |
| LAKE MEADOWS DEVELOPEMEN | UNSECURED | NOT FILED | .00 | .00 |
| NEIMAN MARCUS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 1587.92 | .00 | 1587.92 |
| PEOPLES GAS/ENERGY | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS | NOTICE ONLY | NOT FILED | .00 | .00 |
| PROVIDIAN VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASSET/RNB/TARGET/RETAILE | UNSECURED | 589.91 | .00 | 589.91 |
| RETAILERS NATIONAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 553.19 | .00 | 553.19 |
| SBC LOANTRADE | NOTICE ONLY | NOT FILED | .00 | .00 |
| SBC AMERITECH | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | NOTICE ONLY | NOT FILED | .00 | .00 |
| SONIC PAYDAY COM | UNSECURED | NOT FILED | .00 | .00 |
| TCF CONSUMER FINANCIAL S | UNSECURED | NOT FILED | .00 | .00 |
| WOMENS WORKOUT WORLD | UNSECURED | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 45172 TINA M WISE

```
WOMENS WORKOUT WORLD        NOTICE ONLY   NOT FILED           .00           .00
ASSET/RNB/TARGET/RETAILE    UNSECURED           .00           .00           .00
ILLINOIS DEPT OF REVENUE    UNSECURED        334.50           .00        334.50
ILLINOIS DEPT OF REVENUE    PRIORITY        1567.68           .00       1567.68
ZALUTSKY & PINSKI LTD       DEBTOR ATTY    1,861.00                     1,861.00
TOM VAUGHN                  TRUSTEE                                       720.67
DEBTOR REFUND               REFUND                                        419.23
```

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 14,774.55 | |
| | | |
| PRIORITY | | 1,567.68 |
| SECURED | | .00 |
| UNSECURED | | 10,205.97 |
| ADMINISTRATIVE | | 1,861.00 |
| TRUSTEE COMPENSATION | | 720.67 |
| DEBTOR REFUND | | 419.23 |
| | --------------- | --------------- |
| TOTALS | 14,774.55 | 14,774.55 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/27/08                    /s/ Tom Vaughn
                              _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE